JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Gastelum,<br>Plaintiff,<br>v.<br>MS & Sons Hospitality LLC, et al.,<br>Defendants. | Case No. EDCV 26-02999-KK-DTBx<br><br>JUDGMENT |

Pursuant to the Order Granting the Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that Judgment is entered in favor of plaintiff Fernando Gastelum ("Plaintiff") against defendant Mukesh Patel ("Defendant").

Pursuant to this Judgment, Defendant is **ORDERED** to provide an ADA-compliant passenger loading zone at the Hotel located at 72215 Varner Road, Thousand Palms, California 92276.

It is further **ORDERED** that:

1. Defendant shall pay Plaintiff $1,300.00 in attorneys' fees and $405.00 in litigation costs.

(JS-6)

/ / /

/ / /

/ / /

Dated: November 16, 2026

HONORABLE KENLY KIYA KATO
United States District Judge